# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
           Appellant,
       vs.
SHEA JOSEPH PINNEY,
           Respondent.

No. 80394

FILED

APR 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

    This is the State's appeal from a district court order granting respondent's pretrial petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

    Appellant, the State of Nevada, has filed a motion to voluntarily dismiss this appeal. The motion is granted, *see* NRAP 42(b), and this court ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Joseph Hardy, Jr., District Judge
       Attorney General/Carson City
       Clark County District Attorney
       Clark County Public Defender
       Eighth District Court Clerk

20-12478